IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : MAGISTRATE NO. 21-MJ-183 |
| v. | : |
| | : VIOLATIONS: |
| DALTON RAY CRASE, | : 18 U.S.C. § 1752(a)(1) |
| | : (Entering and Remaining in a Restricted |
| and | : Building or Grounds) |
| | : 18 U.S.C. § 1752(a)(2) |
| TROY DYLAN WILLIAMS, | : (Disorderly and Disruptive Conduct in a |
| | : Restricted Building or Grounds) |
| | : 40 U.S.C. § 5104(e)(2)(D) |
| Defendants. | : (Disorderly Conduct in a Capitol Building |
| | : or Grounds) |
| | : 40 U.S.C. § 5104(e)(2)(G) |
| | : (Parading, Demonstrating, or Picketing in |
| | : a Capitol Building) |

# I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

## COUNT ONE

On or about January 6, 2021, in the District of Columbia, **DALTON RAY CRASE** and **TROY DYLAN WILLIAMS**, did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, or otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President–elect were temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT TWO

On or about January 6, 2021, in the District of Columbia, **DALTON RAY CRASE** and **TROY DYLAN WILLIAMS** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, or otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT THREE

On or about January 6, 2021, in the District of Columbia, **DALTON RAY CRASE** and **TROY DYLAN WILLIAMS** willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings or Grounds with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

(**Disorderly Conduct in a Capitol Building or Grounds**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## **COUNT FOUR**

On or about January 6, 2021, in the District of Columbia, **DALTON RAY CRASE and TROY DYLAN WILLIAMS** willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

                    Respectfully submitted,

                    MICHAEL R. SHERWIN
                    Acting United States Attorney
                    New York Bar No. 4444188

By:   /s/ Tejpal S. Chawla
        Tejpal S. Chawla
        Assistant United States Attorney
        D.C. Bar No. 464012
        555 4th Street, N.W.
        Washington, D.C.  20530
        (202) 252-7280
        Tejpal.Chawla@usdoj.gov