AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.
DALTON RAY CRASE
and
TROY DYLAN WILLIAMS,

*Defendants*

)
)
)
)
)
)
)

Case: 1:21-mj-00183
Assigned to: Judge Faruqui, Zia M
Assign Date: 1/28/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **DALTON RAY CRASE**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2-Aiding and Abetting

18 U.S.C. 1752 (a)(1), and (a)(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. § 5104(e)(2)(D) and (G)- Violent Entry or Disorderly Conduct on Capitol Grounds

Date: 01/28/2021

2021.01.28
21:43:41 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/28/21, and the person was arrested on *(date)* 2/1/21
at *(city and state)* Lexington, KY

Date: 2/1/21

*Arresting officer's signature*

SA Kacy Jones
*Printed name and title*