IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DYLAN CRASE and<br>TROY WILLIAMS,<br><br>*Defendants.* | Case No. 21-CR-82 (CJN)<br><br>Hearing Date:   September 14, 2021 |

**CONSENT MOTION FOR CONTINUANCE**

The United States of America hereby respectfully moves the Court to continue the status hearing for September 14, 2021. At the last status hearing on August 19, 2021, this Court continued the status conference in this matter at the joint request of the parties. Government counsel indicated that it believed a significant amount of discovery would be soon provided to both defendants and that plea offers have also been extended. While significant discovery has since been provided to defendant Williams, the government discovery team has encountered production issues as it relates to defendant Crase. The government hopes to remedy that problem shortly. In light of the delay in providing this discovery, and representations from defendants' counsel that they need more time to review the discovery and plea, the parties are seeking a 30-day continuance for another status hearing, which may be telephonic if the parties have not yet reached a resolution.

The parties have conferred about a possible new date and are requesting a status date after October 12th. Additionally, the parties are jointly requesting a continuation of tolling of the Speedy Trial Act, as the additional time needed to take these steps is in the public and parties' interests, the additional time requested is appropriate given Covid-19 issues, and the possibility of

a possible pretrial resolution, and is in the interests of justice.

                              Respectfully submitted,

                              CHANNING D. PHILLIPS
                              Acting United States Attorney
                              DC Bar No. 415793

By:          /s/
                              TEJPAL S. CHAWLA
                              Assistant United States Attorney
                              D.C. Bar 464012
                              555 4th Street, N.W.
                              Washington, D.C. 20530
                              202-252-7280 (Chawla)
                              Tejpal.Chawla@usdoj.gov