# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

**v.**

**DYLAN CRASE and**

**TROY WILLIAMS,**

*Defendants.*

**Case No. 21-CR-82 (CJN)**

**Hearing Date:   October 14, 2021**

## NOTICE OF FILING

For the purpose of illustrating the government's consistent and diligent efforts to produce voluminous discovery materials arising out of the breach of the United States Capitol on January 6, 2021 (the "Capitol Breach"), the government has filed status memoranda describing the efforts of the Capitol Breach Discovery Team on a regular basis since July 2021.  We request that those memoranda, attached hereto and listed below, be made part of the record in this case:

1.  Memorandum Regarding Status of Discovery as of July 12, 2021 (and Exhibit A);

2.  Memorandum Regarding Status of Discovery as of August 23, 2021; and

3.  Memorandum Regarding Status of Discovery as of September 14, 2021.

Respectfully submitted,
CHANNING D. PHILLIPS
Acting United States Attorney

2

DC Bar No. 415793


By:      /s/ *Emily A. Miller*                     By:        /s/ *Tejpal S. Chawla*
EMILY A. MILLER                                    TEJPAL S. CHAWLA
Capitol Breach Discovery Coordinator               Assistant United States Attorney
DC Bar No. 462077                                  D.C. Bar 464012
555 Fourth Street, N.W., Room 5826                 555 4th Street, N.W.
Washington, DC 20530                               Washington, D.C. 20530
Emily.Miller2@usdoj.gov                            202-252-7280 (Chawla)
(202) 252-6988                                     Tejpal.Chawla@usdoj.gov