Dear Honorable Judge Nichols,

What a year it has been for myself and everyone around me. Words cannot describe the level of anxiety and remorse that has engulfed my whole being this past year. In philosophy you hear how individuals are supposed to go to the belly of the beast, the lowest of the low, there you either die or rise like a Phoenix. Your Honor, I feel like I have risen to heights I have never been. To understand what freedom really means, you have to experience a perspective change. I've undergone that perspective change and I realized how much I took freedom for granted. In this country, hard-working individuals can live anyway they want. I want to live a life my family and I can be proud of. It starts right now, not later. I was so ignorant in my young age I took family for granted. I witnessed my mother cry her eyes out over and over again because of what I did, me- I caused that. That's something I don't know if I'll ever be able to forgive myself for. But just like when I turned myself in to the FBI, this is my fault and I need to prove I know what accountability is. To be a man is my lifelong goal, you cannot become a man without accountability and responsibility.

Since the incident I have done extensive reading and deep reflecting on my actions. Also, what led me to making those decisions? It seems to me that I was a very impressionable, naive, and ignorant 21 year old. I couldn't see past my own nose and because of that, I made the biggest mistake of my life. My reputation is tarnished forever, it was difficult to even go outside for many months. And it's all my fault. No excuses.

Although being dragged through the belly of the beast, I hold my head higher now than I did. It seems like I had to make this mistake, I needed a wake-up call. I needed this growing up moment. Mistakes like the one I made can propel you to the next level of maturity, if you handle them properly. With the readings of Sigmund Freud, Friedrich Nietzsche, and Jordan Peterson I feel like I have been making strides towards the next level of maturity. I've done research on the Ego, Shadow, and the true Self. I would be lying if I said I've figured it out, I believe it takes a long time to truly figure yourself out, but I have made a lot of progress. I'm not the person I was on January 6th.

Saying sorry is something I can do, but proving it with actions is what's prudent. I have put in a lot of work, but I'm not finished. Nowhere close. However, I want to say sorry, to you Judge Nichols, to the country, and to everyone who deserves an apology. Respect goes a long way and I respect you and everyone involved in this nightmare I wrapped us up in. I'm so sorry. I made people I care about worry about me, again, I can't say I'll ever be able to forgive myself for that. Some of my actions include a better relationship with God, the only place where contentment can truly be found. I have started building metal buildings and going to the gym, it's incredible what exercise can do for your mental health. I have been extensively reading and reflecting, I don't want to be ignorant and naive anymore, I want to be a man. A real man, someone who won't make a mistake twice, someone who stands with his head up and accepts the consequences of his actions. It's what I need, it's what the whole world needs. It's what you are.

My goals from here include reading bounds of philosophical works, building metal buildings while getting specialized certifications and expanding my skills and qualifications. It also includes getting less and less ignorant every single day, that happens by accepting the fact I do

not know everything, nowhere close at all. Humility, the very definition of being a respectable man. I've gotten out of politics and very far away from negative news and social media. I am not going to be wrapped up in it anymore. Never again. That's a weight off my chest no one can understand.

To make the progress I have has been the most difficult task I've ever undergone and it should be. It has to be. Your Honor, with every piece of my mind and body, I will continue this difficult task of growing up for as long as I live. There's more work to be done and that's exactly what I'm going to do. I will say it until my final breath, I am so sorry for my negligence, ignorance, and frankly, stupidity. This is a mistake that will never happen again, it never should have happened in the first place. But like I said, mistakes can propel you to the next level, that's what this has done. The work is not over, the work is not finished. It never will be.

I'm so incredibly sorry Judge Nichols.

I'm also beyond disappointed in myself.


With the upmost respect,

/s/

Dalton R. Crase