UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| v.                          ) | Cr. No. 21-082 (CJN) |
| ) | |
| DALTON RAY CRASE,           ) | |
| ) | |
| Defendant.              ) | |
| ) | |

### NOTICE OF FILING

Mr. Dalton Crase, through undersigned counsel, respectfully submits this Notice of Filing. By this Notice, Mr. Crase respectfully submits that this Court does not have the statutory authority to impose 15 consecutive days of confinement as a condition of probation.[1] *See* 18 U.S.C. § 3563(b)(10). Further, Mr. Crase is requesting that if the Court imposes 15 days of intermittent confinement pursuant to 18 U.S.C. § 3563 (b)(10), that the Court allow his confinement to occur one time per month for five consecutive months, which equates to a total 15 day period of confinement.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

---

[1] The defense continues to object to the imposition of confinement and probation in light of the either/or language contained in 18 U.S.C. § 3551(b).